Marc N. Kapetan, Esq./SBN: 158322
**KAPETAN BROTHERS, LLP**
1236 "M" Street
Fresno, CA 93721-1806
Telephone: (559) 498-8000

Attorney for: Defendant REGINA CHICO-GARCIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>REGINA CHICO-GARCIA<br>　aka Elizabeth Murillo,<br><br>　　　　　　　　　Defendant. | Case No. 1:13-CR-292 AWI<br><br>STIPULATION TO CHANGE STATUS CONFERENCE HEARING TO A CHANGE OF PLEA;<br>ORDER |

　　　The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Mia A. Giacomazzi, Assistant United States Attorney, and the defendant, by and through her attorney, Marc N. Kapetan, hereby stipulate and agree that the status conference as to Regina Chico Garcia, previously scheduled for December 9, 2013, at 1:00 p.m. in Courtroom 8 before the Honorable Judge Barbara A. McAuliffe, be changed to a Change of Plea hearing to take place on December 9, 2013, at 10:00 a.m. in Courtroom 2 before the Honorable Anthony W. Ishii.

DATED: _____
　　　　　　　　　　　　　　　　　　BENJAMIN B. WAGNER
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　/s/ Mia Giacomazzi (as Authorized on 12/5/13)
　　　　　　　　　　　　　　　　　　　MIA A. GIACOMAZZI,
　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

DATED: _____
　　　　　　　　　　　　　　　　　　/s/ Marc Kapetan, Esquire
　　　　　　　　　　　　　　　　　　　MARC N. KAPETAN,
　　　　　　　　　　　　　　　　　　　Attorney for Regina Chico Garcia

STIPULATION TO CHANGE STATUS CONFERENCE HEARING TO A CHANGE OF PLEA; [PROPOSED ORDER]
-1-

**ORDER**

IT IS SO ORDERED.

Dated: December 5, 2013

_____
SENIOR DISTRICT JUDGE